

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2018

No. 04-18-00401-CR

Alberto **VERASTEGUI,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14,031CR
Honorable Robert Cadena, Judge Presiding

# O R D E R

Appellant has filed numerous documents pro se, including a motion to stay the notice of appeal. Our records show appellant is represented by counsel in this appeal, and counsel has filed a brief on appellant's behalf. If an appellant is represented by counsel in an appeal, the appellant is not entitled to "hybrid representation," meaning that pro se filings present nothing for this rule on and we will only be able to respond to and rule on documents filed by appellant's attorney. See Ex parte Taylor, 36 S.W.3d 883, 887 (Tex. Crim. App. 2001); Flores v. State, 625 S.W.2d 44, 47 (Tex. App.—San Antonio 1981, pet. ref'd). We therefore take no action on the pro se filing.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court